IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-51319
Summary Calendar
_____

CRISSY ANN LOZANO

Petitioner - Appellant

v.

JANIE COCKRELL, DIRECTOR TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

Respondent - Appellee

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-00-CV-441
- - - - - - - - - -
December 18, 2001

Before KING, Chief Judge, and JOLLY and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Crissy Ann Lozano, Texas prisoner #765108, appeals the district court's denial of her 28 U.S.C. § 2254 petition alleging, *inter alia*, ineffective assistance of counsel. Lozano has failed to show that counsel was ineffective for failing to raise the admissibility of her juvenile confession at her transfer hearing, her sentencing proceeding, or on appeal because she has failed to show that she was prejudiced by counsel's alleged errors. Strickland v. Washington, 466 U.S. 668, 687-88, 691-92 (1984). She has also failed to show that counsel was

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ineffective for failing to perfect an appeal from the order transferring her for adult adjudication, since, due to the overwhelming evidence against her, she has failed to demonstrate that the transfer order would have been overturned on appeal. She has therefore failed to demonstrate prejudice. See id.

AFFIRMED.